**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
Hassan Elrakabawy (SBN 248146)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone:  (949) 381-5900
Facsimile:  (949) 271-4040
Email:       bpaino@mcglinchey.com
                  dsharma@mcglinchey.com
                  helrakabawy@mcglinchey.com

Attorneys for *Defendants* **OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALVIN ABANO,<br><br>           Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE, LLC, HSBC BANK USA, NATIONAL ASSOCIATION as trustee for the DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100 inclusive<br><br>           Defendants. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Superior Court Case No.: PC056490<br>Action Filed: July 10, 2015<br>Trial Date: NA |

Pursuant to Federal Rule of Civil Procedure 7.1, *defendants* Ocwen Loan Servicing, LLC ("Ocwen"), HSBC Bank USA, National Association, as trustee for the Deutsche Alt-A Securities Mortgage Loan Trust 2007-3, Mortgage Pass-Through Certificates, Series 2007-3 ("HSBC") and Mortgage Electronic Registration Systems, Inc. ("MERS," and together with Ocwen and HSBC, the "Defendants") respectfully submit this Corporate Disclosure Statement and states as follows:

1. Ocwen is a Delaware limited liability company and wholly owned subsidiary of Ocwen Financial Corporation, a publicly traded company. No entity owns 10% or more of Ocwen Financial Corporation's stock.

2. HSBC Bank is the principal subsidiary of HSBC USA, Inc., an indirect, wholly-owned subsidiary of HSBC North America Holdings Inc.

3. MERS is a privately held Delaware corporation. MERS is a wholly owned subsidiary of MERSCORP, which is a privately-held Delaware corporation. MERSCORP is not a publicly-traded company.

Defendants make these disclosures solely for the purpose of Federal Rule of Civil Procedure 7.1 and reserve the right to supplement them as needed.

DATED: August 17, 2015         **McGLINCHEY STAFFORD**

By: */s/ Dhruv M. Sharma*
DHRUV M. SHARMA
BRIAN A. PAINO
HASSAN ELRAKABAWY
Attorneys for *Defendants* **OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**